**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | |
| | CASE NO.:  1:23-MJ-00997 |
| INFORMATION THAT IS STORED AT | |
| | MAGISTRATE JUDGE LITKOVITZ |
| PREMISES CONTROLLED BY GOOGLE LLC AND FURTHER DESCRIBED IN ATTACHMENT A TO THE SEARCH WARRANT | |

**ORDER SEALING APPLICATION, SEARCH WARRANT,**
**SUPPORTING AFFIDAVIT AND RETURN**

      **IT IS HEREBY ORDERED**, for good cause shown, that the Applications, Search and Seizure Warrant, Non-Disclosure Orders, Return, and related documents filed herein, including this motion and order, remain sealed until a motion by the United States and additional order by the Court to unseal is entered.

DATE: 2/1/2024

_____
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE